Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

FEB 21 2008

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN PADILLA, | No. CV 06-5160-RC |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: February 21, 2008

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.

R&R-MDO\06-5160.jud
2/21/08